NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2010-3067

EVELYNN BROWN REMPLE,

Petitioner,

v.

DEPARTMENT OF HEALTH AND HUMAN SERVICES,

Respondent.

Petition for review of the Merit Systems Protection Board in consolidated case nos. SF1221080562-W-2 and SF0752090148-I-1.

ON MOTION

## O R D E R

Upon consideration of the respondent's opposed motion for a 14-day extension of time, until May 26, 2010, to file its informal response brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

MAY 0 4 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Evelynn Brown Remple
    Armando A. Rodriguez-Feo, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 4 2010

JAN HORBALY
CLERK